IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02662–MSK–KMT

HOME DESIGN SERVICES, INC.,

      Plaintiff,

v.

STONE CREEK HOMES, INC.,
LAUREN J. WHITE,
ROBERT A. WHITE,
WOODROW CAPPS, and
CAROL CAPPS

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Stipulated Motion to Modify Scheduling Order [Dkt. No. 22]" (#27, filed June 19, 2009) is GRANTED. Defendants' expert report deadline is extended to July 29, 2009. Plaintiff's rebuttal expert report deadline is extended to August 28, 2009.

Dated: June 22, 2009