IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02662–MSK–KMT

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

STONE CREEK HOMES, INC.,
LAUREN J. WHITE,
ROBERT A. WHITE,
WOODROW CAPPS, and
CAROL CAPPS

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Second Stipulated Motion to Modify Scheduling Order [Dkt. No. 22]" (#30, filed July 23, 2009) is GRANTED. Defendants' deadline to file expert witness disclosures is extended to August 10, 2009. Plaintiff's deadline to file rebuttal expert witness disclosures is extended to September 10, 2009.

Dated: July 30, 2009